IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| IN RE: : | |
| MARILYN J. YOUNG : | BK. No. 18-21211-JAD |
| AKA MARILYN GERTRUDE JACKSON- : | |
| YOUNG AKA MARYLYN GERTRUDE YOUNG : | Chapter No. 13 |
| AKA MARILYN YOUNG AKA GERTRUDE : | |
| JACKSON : | |
| Debtor : | Hearing Date: 11/02/2018 |
| : | |
| CITIBANK, N.A., AS TRUSTEE FOR : | Hearing Time: 10:00 A.M. |
| WACHOVIA LOAN TRUST 2005-SD1 ASSET- : | |
| BACKED CERTIFICATES, SERIES 2005-SD1 : | Objection Date: 10/04/2018 |
| Movant : | |
| v. : | |
| MARILYN J. YOUNG : | |
| AKA MARILYN GERTRUDE JACKSON- : | |
| YOUNG AKA MARYLYN GERTRUDE : | Related to Doc. #61 |
| YOUNG AKA MARILYN YOUNG AKA : | |
| GERTRUDE JACKSON : | |
| ARVIN YOUNG (NON-FILING CO-DEBTOR) : | |
| and : | |
| RONDA J. WINNECOUR, ESQUIRE : | |
| (TRUSTEE) : | |
| Respondents : | |

**ORDER MODIFYING §362(d)(4) AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

AND NOW, this 12th day of December, 2018, upon Motion of **CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST 2005-SD1 ASSET-BACKED CERTIFICATES, SERIES 2005-SD1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that *In Rem* Relief from the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362(d)(4) and Co-Debtor Stay under 11 U.S.C. §1301(c) is granted with respect to 133 HAWTHORNE COURT, PITTSBURGH, PA 15201 NKA 133 HAWTHORNE CT, PITTSBURGH, PA 15201-2030 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay is hereby granted; and it is further;

**ORDERED** that in accordance with section 362(d)(4) that a certified copy of this order may be indexed and/or recorded with any governmental unit that accepts notices of interests or liens in real property.

12-12-2018

_____
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

**CASE ADMINISTRATOR SHALL SERVE:**
Jodi L. Hause, Esquire
Paul W. McElrath, Jr., Esquire
Ronda J. Winnecour, Esquire

FILED
12/12/18 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA